Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: ROUNDS                First Name: PERCY

ID #: 2010-0108113   Div.: 10   Living Unit: 3A   Date: 1/3/11

BRIEF SUMMARY OF THE COMPLAINT: I HAVE BEEN COMPLAINING WITH MEDICAL REQUEST SLIPS & GRIEVANCES SINCE JUNE 9 2010. THE PROBLEM STILL PERSIST. I HAVE A BROKEN TOOTH AND A LOT OF NIGHTS I STAY AWAKE IN PAIN. I WAS SEEN BY THE DENTIST AND ONE TOOTH WAS REMOVED 6/30/10 I WAS THEN RESCHEDULED FOR 7/2/10 WHICH ANOTHER TOOTH WAS REMOVED. THE DENTIST DEPT THEN SCHEDULED ME FOR AN APPOINTMENT 8/18/10 WHICH I WAS NEVER SEEN. I FEEL I'VE BEEN PUT OFF & PUT OFF ON THIS ISSUE. I CAN'T EVEN CHEW MOST OF THE TIME IT HURTS SO BAD

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: MRS FREEMAN / THE MEDICAL DEPT. VIA MEDICAL REQUEST SLIPS

ACTION THAT YOU ARE REQUESTING: TO BE SEEN BY THE DENTIST

DETAINEE SIGNATURE: Percy Rounds

C.R.W.'S SIGNATURE: _____         DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____ **First Name:** _____ **ID#:** _____

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** _____

**C.R.W. Referred Griev. To:** _____ **Date Referred:** __/__/11

**Response Statement:** Did not appl on 2/2/11.

_____ - _____ **Date:** 1/24/11 **Div./Dept.** CNS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

_____ - _____ **Date:** 1/28/11 **Div./Dept.** TEN
(print - name of Supt. Designee Dept. Admin.) (signature of Supt. Designee Dept. Admin.)

J. Muller - _____ **Date:** 1/24/11 N
(print - name of Prog. Serv. Admin. Asst. Admin.) (signature of Prog. Serv. Admin. Asst. Admin.)

**Date Detainee Received Response:** __/__/11 **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

**Appeal Board's Acceptance Of Detainee's Request:** YES ☐ NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

**Appeal Board's Signatures / Dates:**

_____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: 2010 X 1579
Referred To: Cermak
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

*(page 1 of 2)*

Detainee Last Name: Round                    First Name: _____

ID #: _____-_____  Div.: ____  Living Unit: ____  Date: __/__/__

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____ To _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: 6/16/10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2010X 1579

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Rounds    First Name: Percy    ID#: 2010-0108113

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of dental attention

C.R.W. Referred Griev. To: Cermak    Date Referred: 6/16/10

Response Statement: Patient was scheduled for 6/23/10.

_____ (signature) Date: 6/30/10 Div./Dept. CMS
(print - name of individual responding to this griev.) (signature of individual responding to this griev.)

V. Martinez - _____ Date: 11/9/10 Div./Dept. 10
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller - _____ Date: 7/1/10
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __/__/__    Detainee Signature: Percy Rounds

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 7/3/10

Detainee's Basis For An Appeal: Still have a broken tooth

Appeal Board's Acceptance Of Detainee's Request:    YES ☒    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
CMS admin, please ensure that detainee's ongoing issue(s) are or have been addressed appropriately.

Appeal Board's Signatures / Dates: _____ Mueller    09/30/10

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__    Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 200 X1709
Referred To: Cermak
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: ROUNDS   First Name: PERCY
ID #: 2010-0108113   Div.: 10   Living Unit: 3-A   Date: 6/25/72

BRIEF SUMMARY OF THE COMPLAINT: 3RD GRIEVANCE. I HAVE A CHIPPED TOOTH AND IT'S CUTTING THE INSIDE OF MY JAW NOW IT HAS A ABCESS ON IT TOO. I HAVE SENT 5 OR MORE MEDICAL REQUEST SLIPS SINCE FEB STILL NUTHIN HAS BEEN DONE.

SOCIAL WORKER GRAM + MED CLINIC
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

GETTING TO THE DENTIST
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Percy Rounds
C.R.W.'S SIGNATURE: [signature]   DATE C.R.W. RECEIVED: 6/28/10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Rounds  **First Name:** Percy  **ID#** 2010-0108113

**Is This Grievance An Emergency?** YES ☐ NO ☑

**C.R.W.'S Summary Of The Complaint:** Detainee alleges a lack of dental attention

**C.R.W. Referred Griev. To:** Cermak  **Date Referred:** 6/28/10

**Response Statement:** Seen 6/30/10 Dental scheduled for 7/7/10.

_Smith_ / _signature_  **Date:** 7/9/10  **Div./Dept.** CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Capt. C. Plaxico / Capt. C. Plaxico  **Date:** 07/26/10  **Div./Dept.** TCK
(print - name of Supt./ Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Miller / _signature_  **Date:** 7/20/10  (N)
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** ___/___/___  **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

**Appeal Board's Acceptance Of Detainee's Request:** YES ☑ NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
CHS admin, please ensure that detainee's ongoing issue(s) are to have been addressed appropriately.

**Appeal Board's Signatures / Dates:** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___  **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part A / Control #: 2010 X 1767
Referred To: Cermack
☐ Processed as a request

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: ROUNDS       First Name: PERCY
ID #: 2010-0613    Div.: 10    Living Unit: 3-A    Date: 6/30/2010

BRIEF SUMMARY OF THE COMPLAINT: 4TH GRIEVANCE. I HAVE BEEN PUTTING IN MEDICAL REQUEST SLIP SINCE FEB 2010 TO THE DENTIST DEPT. STILL UNTIL THIS DAY 6-30-2010 NOTHING HAS BEEN DONE. I HAVE A BROKEN TOOTH THAT'S CAUSING ME GREAT PAIN. SOMETIMES IT KEEPS ME UP ALL NIGHT. THEN I HAVE ANOTHER TOOTH THAT HAS AN ABSCESS IN MY GUMS. I WAS PRESCRIBED ANTIBIOTICS BUT IT WAS STOPPED TWO MONTHS AGO. IT HAS SINCE RETURNED AND I WAS TOLD IF THE ABSCESS BURST AND I HAPPEN TO SWALLOW THE INFECTION IT COULD CAUSE ME TO BECOME VERY ILL.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: MEDICAL CLINIC & SOCIAL WORKER MS GRAM

ACTION THAT YOU ARE REQUESTING: TO BE SEEN BY A DENTIST.

DETAINEE SIGNATURE: Percy Rounds

C.R.W.'S SIGNATURE: [signature]    DATE C.R.W. RECEIVED: 7/8/10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Rounds  **First Name:** Percy  **ID#:** 2010-0108113

**Is This Grievance An Emergency?** YES ☐  NO ☑

**C.R.W.'S Summary Of The Complaint:** Detainee alleges a lack of dental attention

**C.R.W. Referred Griev. To:** Cermak  **Date Referred:** 7/7/10

**Response Statement:** Appt 6/16/10 - Rescheduled, Appt 6/23/10, seen 6/30/10, Appt 7/7

_____

Smith  [signature]  **Date:** 7/20/10  **Div./Dept** CH
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Capt. C. Plaxico #12  Capt. C. Plaxico #12  **Date:** 07/26/10  **Div./Dept** TRN
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller  [signature] Mueller  **Date:** 7/20/10  (N)
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** __/__/__  **Detainee Signature:** [signature]

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** __/__/__

**Detainee's Basis For An Appeal:** [illegible handwriting regarding chipped tooth]

**Appeal Board's Acceptance Of Detainee's Request:** YES ☒  NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** CHS admin, please ensure that detainee's ongoing issue(s) are or have been addressed appropriately.

**Appeal Board's Signatures / Dates:** [signatures]  Mueller  07/30/10

**Date Detainee Rec.'d the Appl. Bd.'s Response:** __/__/__  **Detainee Signature:** _____

**GRIEVANCE CODE(S):** (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _CERMAK_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __ROUNDS__  First Name: __PERCY__

ID #: _____  Div.: __10__  Living Unit: __3A__  Date: __7/16/10__

BRIEF SUMMARY OF THE COMPLAINT: I HAVE BEEN TRYING TO GET TO THE DENTIST SINCE FEB. I PUT IN MEDICAL REQUEST SLIPS TIME AND TIME AGAIN. ARE THOSE SLIPS KEPT IN MY FILE OR ARE THEY DESTROYED? THROWN IN THE GARBAGE? SOMETHING. IT'S TAKING THE DENTIST DEPT TO LONG TO SEE ME. I WROTE MY FIRST GRIEVANCE IN EARLY JUNE BECAUSE I WANTED TO SEE WHEN I WAS GOING TO BE SEEN. BUT I PUT IN MORE THAN A FEW MEDICAL REQUEST SLIPS.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: __MEDICAL CLINIC__

ACTION THAT YOU ARE REQUESTING: I WANT TO KNOW IF MY REQUEST SLIPS ARE DOCUMENTED AND KEPT.

DETAINEE SIGNATURE: _Percy Rounds_

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: __7/22/10__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Rounds    **First Name:** Percy    **ID#:** 2010-0108113

**Is This Grievance An Emergency?**    YES ☐    NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lack of medical/dental [care]

**C.R.W. Referred Griev. To:** Cermak    **Date Referred:** 7/28/10

**Response Statement:** [scheduled for 6/23/10, seen 6/23/10, scheduled 7/7/10 ... for Dental 8/12/10]

_____ - _____ **Date:** 7/20/10   **Div./Dept.** 18
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Capt C. Plunkett - Capt C. Plunkett **Date:** 08/05/10   **Div./Dept.** TCN
(print name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller - J. Mueller **Date:** 7/29/10   (N)
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** ___/___/___   **Detainee Signature:** _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

**Appeal Board's Acceptance Of Detainee's Request:**    YES ☐    NO ☒

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** [illegible]

**Appeal Board's Signatures / Dates:** _____ Mueller 10/20/10

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___   **Detainee Signature:** _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)